IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:14 CR 256 |
| Plaintiff, | |
| | AMENDED SURRENDER ORDER |
| -vs- | |
| | US Marshal No. [60401-060] |
| David J. Kraus, | |
| Defendant. | JUDGE JACK ZOUHARY |

Defendant David J. Kraus, having been sentenced by this Court to the custody of the United States Bureau of Prisons, shall surrender himself by reporting to the following designated institution: FCI Fairton, in Fairton, NJ, on **September 2, 2015** no later than 1:00 PM

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 12, 2015